IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV629

| | | |
|---|---|---|
| LYDIA A. CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MEGAN J. BRENNAN, | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon the Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. The Court issued a *Roseboro* notice to the *pro se* Plaintiff on November 15, 2018 directing her to respond to Defendant's motion within 14 days. The deadline has passed with no response or request for an extension of time from Plaintiff.

For the reasons stated in Defendant's Motion (Doc. No. 11), the Court grants summary judgment in favor of the Defendant.

IT IS SO ORDERED.


Signed: December 14, 2018

Graham C. Mullen
United States District Judge