IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV629

| | |
|---|---|
| LYDIA A. CHARLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MEGAN J. BRENNAN, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon Plaintiff's Motion for Reconsideration (Doc. No. 16). For the reasons stated in Defendant's Response in Opposition (Doc. No. 17), the Plaintiff's motion is hereby DENIED.

IT IS SO ORDERED.

Signed: February 12, 2019

Graham C. Mullen
United States District Judge